1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL LOPEZ,                          No.   1:19-cv-01486-NONE-HBK

12                 Petitioner,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS, DISMISSING
13           v.                              PETITION FOR WRIT OF HABEAS
                                             CORPUS, DIRECTING CLERK OF COURT
14    RAYTHEL FISHER, JR.,                   TO ASSIGN DISTRICT JUDGE AND CLOSE
                                             CASE, AND DECLINING TO ISSUE
15                 Respondent.               CERTIFICATE OF APPEALABILITY

16                                           (Doc. Nos. 1, 26)

17

18           Petitioner Daniel Lopez is a state prisoner proceeding *pro se* with a petition for writ of

19    habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. No. 1.)  The matter was referred to a United

20    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21           On June 3, 2021, the assigned magistrate judge issued findings and recommendations

22    recommending that the petition be dismissed for failure to comply with the applicable statute of

23    limitations.  (Doc. No. 26.)  The magistrate judge further found that petitioner is not entitled to

24    equitable tolling of the applicable statute of limitations.  (*Id*.)  The findings and recommendations

25    were served on petitioner at his address of record and contained notice that any objections thereto

26    were to be filed within twenty-one (21) days of service.  (*Id*. at 16.)  Petitioner has filed no

27    objections and the time for doing so has passed.

28    /////

                                             1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Having determined that petitioner is not entitled to habeas relief, the court now turns to whether a certificate of appealability should issue.  The federal rules governing habeas cases brought by state prisoners require a district court issuing an order denying a habeas petition to either grant or deny therein a certificate of appealability.  *See* Rules Governing § 2254 Case, Rule 11(a).  A prisoner seeking a writ of habeas corpus has no absolute entitlement to appeal, rather an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); *see also* 28 U.S.C. § 2253(c)(1)(A) (permitting habeas appeals from state prisoners only with a certificate of appealability).  A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and the certificate must indicate which issues satisfy this standard, 28 U.S.C. § 2253(c)(3).  In the present case, the court finds that reasonable jurists would not find the court's rejection of petitioner's claims to be debatable or conclude that the petition should proceed further.  Moreover, it appears at this time that any alleged error has been corrected by his release.  Thus, the court declines to issue a certificate of appealability.

Accordingly:

1.    The findings and recommendations issued on June 3, 2021 (Doc. No. 26), are adopted in full;

2.    The petition for writ of habeas corpus (Doc. No. 1) is dismissed;

3.    The court declines to issue a certificate of appealability; and

4.    The Clerk of the Court is directed to assign a district judge to this case for the purpose of closing the case and then to close the case.

IT IS SO ORDERED.

Dated:   **September 30, 2021**

_____
UNITED STATES DISTRICT JUDGE